# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1422

VERSUS

JASON RENARD                                          **DECEMBER 30, 2021**

---

In Re:     Jason Renard, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           517,154.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT